## Max Rothfield, Appellee, v. St. Louis Bath House Corporation, Appellant.

### Gen. No. 44,571.

opinion filed June 20, 1949; released for publication July 18, 1949. Harold E. Marks and Herman Herson, for appellant; Samuel Solomon and Isadore Wolf, for appellee; Charles D. Snewind, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. **Not to be published in full.**